IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JENIFER GARZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-14-0154-HE |
| | ) | |
| WHATABURGER FRANCHISE, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendants' unopposed motion to stay case pending arbitration [Doc. #5] is **GRANTED**. Further proceedings in this case are stayed pending arbitration. The Clerk of Court is directed to administratively close this case in his records without prejudice to the right of a party to move to have the case reopened upon completion of the arbitration proceedings or for other proper purpose. If a motion to reopen is not filed within **thirty (30) days** of completion of the arbitration proceeding, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 20th day of February, 2014.

JOE HEATON
UNITED STATES DISTRICT JUDGE